**IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

D'ANGELO MARQUEZ JENKINS,     )
                                  )
      Petitioner,            )
                                  )        Case No. 3:12-cv-00049
v.                              )        Chief Judge Haynes
                                  )
DAVID OSBOURNE, warden,     )
                                  )
      Respondent.        )

## O R D E R

Before the Court is Petitioner's motion to dismiss this habeas petition (Docket Entry No. 34),

that is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), this action is **DISMISSED without**

**prejudice**.

It is so **ORDERED.**

This is the Final Order in this action.

**ENTERED** this the _3rd_ day of May, June, 2014.

_[signature]_
WILLIAM J. HAYNES, JR.
Chief United States District Judge